B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wellington Preserve Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**98-0430995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Craig A. (Tony) Gomez**<br>**P.O. Box N 1991**<br>**28 Cumberland St.**<br>**NASSAU, BAHAMAS**     ZIP Code | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**West Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **All plat of Wellington Preserve recorded in PB 100, P180-186 inclusive, Public Records Palm Beach Cty, et al (acreage) Wellington, FL 33414** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wellington Preserve Corporation |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: CLICO Bahamas, Ltd. | Case Number: 09-17829-BKC-EPK | Date Filed: 4/28/09 |
| District: Southern District of Florida- Palm Beach County | Relationship: Affiliate | Judge: Eric Kimball |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wellington Preserve Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ronald G. Neiwirth**
Signature of Attorney for Debtor(s)

**Ronald G. Neiwirth 152175**
Printed Name of Attorney for Debtor(s)

**FOWLER WHITE BURNETT, P.A.**
Firm Name

**Espirto Santo Plaza, Fourteenth Floor**
**1395 Brickell Avenue**
**Miami, FL 33131**

Address

**305-789-9200  Fax: 305-789-9201**
Telephone Number

**April 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Craig A. (Tony) Gomez, President**
Signature of Authorized Individual

**Craig A. (Tony) Gomez, President**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Wellington Preserve Corporation**   Case No.
Debtor(s)   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adonel Concrete**<br>**2101 N.W. 110 Avenue**<br>**Miami, FL 33172-1904** | **Adonel Concrete**<br>**2101 N.W. 110 Avenue**<br>**Miami, FL 33172-1904** | **Concrete for traffic circle** | | **2,219.16** |
| **Agnoli Barber and Brundage**<br>**9990 Coconut Road**<br>**Suite 103**<br>**Bonita Springs, FL 34135** | **Agnoli Barber and Brundage**<br>**9990 Coconut Road**<br>**Suite 103**<br>**Bonita Springs, FL 34135** | **Environmental engineer wkg on SFWMD permit issues n return of escrowed funds. Current contract pd hrly.** | | **92,316.83** |
| **Alan Gerwig & Associates, Inc.**<br>**12798 W. Forest Hill Blvd.**<br>**Suite 204**<br>**Wellington, FL 33414** | **Alan Gerwig & Associates, Inc.**<br>**12798 W. Forest Hill Blvd.**<br>**Suite 204**<br>**Wellington, FL 33414** | **Consulting engineer** | | **3,532.50** |
| **Atlantic Caribbean Mapping, Inc.**<br>**3070 S. Jog Road**<br>**Greenacres, FL 33467-2053** | **Atlantic Caribbean Mapping, Inc.**<br>**3070 S. Jog Road**<br>**Greenacres, FL 33467-2053** | **Surveyor** | | **4,066.00** |
| **CLICO (Bahamas) Limited**<br>**c/o Craig A. (Tony) Gomez**<br>**P.O. Box N 1991**<br>**28 Cumberland Street**<br>**Nassau, Bahamas** | **CLICO (Bahamas) Limited**<br>**c/o Craig A. (Tony) Gomez**<br>**P.O. Box N 1991**<br>**Nassau, Bahamas** | **Loan to debtor to settle mortgage (foreclosure on property)** | | **720,000.00** |
| **CLICO Enterprises, Ltd.**<br>**c/o Craig A. (Tony) Gomez, Liquidator**<br>**P.O. Box N 1991**<br>**28 Cumberland Street**<br>**Nassau Bahamas** | **CLICO Enterprises, Ltd.**<br>**c/o Craig A. (Tony) Gomez, Liquidator**<br>**P.O. Box N 1991**<br>**Nassau Bahamas** | **Money loaned by parent to subsidiary in addition to capitalization. Amount listed does not include accumulated prepetition interest.** | | **73,000,000.00** |
| **Cotton & Company**<br>**633 S.E. 5th Street**<br>**Stuart, FL 34994** | **Cotton & Company**<br>**633 S.E. 5th Street**<br>**Stuart, FL 34994** | **Website** | | **750.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wellington Preserve Corporation**                     Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dixie Bluepring Services, Inc. 2416 N. Dixie Highway Boca Raton, FL 33431-7614 | Dixie Bluepring Services, Inc. 2416 N. Dixie Highway Boca Raton, FL 33431-7614 | Services done for Hunt & Gross | | 62.19 |
| FPL Deposit Administration POB 025209 Miami, FL 33102-5209 | FPL Deposit Administration POB 025209 Miami, FL 33102-5209 | Street lights | | 509.45 |
| Genapure Corporation Company 3231 N.W.7th Avenue Boca Raton, FL 33431 | Genapure Corporation Company 3231 N.W.7th Avenue Boca Raton, FL 33431 | Water testing | | 340.00 |
| H & J Contracting, Inc. 3160 Fairlane Farms Road Wellington, FL 33414-8775 | H & J Contracting, Inc. 3160 Fairlane Farms Road Wellington, FL 33414-8775 | Contractor working on traffic circle | | 23,059.39 |
| Hunt & Gross, PA 2200 NW Corporate Blvd. Suite 401 Boca Raton, FL 33431 | Hunt & Gross, PA 2200 NW Corporate Blvd. Suite 401 Boca Raton, FL 33431 | Attorneys for WPC overseeing the project. | | 12,802.97 |
| Lake And Wetland Management, Inc. 9218 87 Pl S. Boynton Beach, FL 33472-4302 | Lake And Wetland Management, Inc. 9218 87 Pl S. Boynton Beach, FL 33472-4302 | Annual monitoring report # 4 | | 2,697.00 |
| Lucido & Associates 701 S.E. Ocean Blvd. Stuart, FL 34994 | Lucido & Associates 701 S.E. Ocean Blvd. Stuart, FL 34994 | Landscape architect | | 7,230.72 |
| Marcum Rachlin 777 South Flagler Drive Suite 150 West Palm Beach, FL 33401 | Marcum Rachlin 777 South Flagler Drive Suite 150 West Palm Beach, FL 33401 | Services rendered. | | 518.00 |
| O'Dell, Inc. Land Development 3500 Fairlane Farms Road Suite 4 West Palm Beach, FL 33414 | O'Dell, Inc. Land Development 3500 Fairlane Farms Road Suite 4 West Palm Beach, FL 33414 | Project manager working under hourly contract | | 47,522.40 |
| Palm Beach County Tax Collector 301 North Olive Ave. P.O. Box 3715 West Palm Beach, FL 33402 | Palm Beach County Tax Collector 301 North Olive Ave. P.O. Box 3715 West Palm Beach, FL 33402 | Ad Valorem real estate taxes. Accruing interest. Total amount is approximate. | | 2,848,556.01 |
| Phipps & Howell P.O. Box 1351 Tallahassee, FL 32302 | Phipps & Howell P.O. Box 1351 Tallahassee, FL 32302 | Attorney's Fees | | 452.75 |
| Village of Wellington Water Utility Dpt. 12794 Forest Hill Blvd. Suite 23 Wellington, FL 33414 | Village of Wellington Water Utility Dpt. 12794 Forest Hill Blvd. Suite 23 Wellington, FL 33414 | Water bill | | 954.61 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Wellington Preserve Corporation**                             Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 27, 2010**                    Signature  **/s/ Craig A. (Tony) Gomez, President**
                                                       **Craig A. (Tony) Gomez, President**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Adonel Concrete
2101 N.W. 110 Avenue
Miami, FL 33172-1904


Agnoli Barber and Brundage
9990 Coconut Road
Suite 103
Bonita Springs, FL 34135


Alan Gerwig & Associates, Inc.
12798 W. Forest Hill Blvd.
Suite 204
Wellington, FL 33414


Amerilawn and Landscaping
4630 Royal Palm Blvd.
West Palm Beach, FL 33411


Atlantic Caribbean Mapping, Inc.
3070 S. Jog Road
Greenacres, FL 33467-2053


Atlantic Caribbean Surveying
357 Liana Drive
West Palm Beach, FL 33415


Blazer Construction Industries, Inc.
1005 W. Indiantown Road
Jupiter, FL 33458


Boyd, Schmidt and Brannum
2711 Poinsettia Ave.
West Palm Beach, FL 33407


Brennan Financial
c/o Bradford Beilly, P.A.
1144 SE 3rd Avenue
Fort Lauderdale, FL 33316


Cherry Edgar and Smith
8409 North Military Trail
Suite 123
Palm Beach Gardens, FL 33410

```
CLICO (Bahamas) Limited
c/o Craig A. (Tony) Gomez
P.O. Box N 1991
28 Cumberland Street
Nassau, Bahamas


CLICO Enterprises Ltd
c/o Craig A. (Tony) Gomez, Liquidator
P.O. Box N 1991
28 Cumberland Street
Nassau Bahamas


CLICO Enterprises, Ltd.
c/o Craig A. (Tony) Gomez, Liquidator
P.O. Box N 1991
28 Cumberland Street
Nassau Bahamas


Cotton & Company
633 S.E. 5th Street
Stuart, FL 34994


Cotton and Company
633 SE 5th Street
Fort Myers, FL 33994


Dixie Bluepring Services, Inc.
2416 N. Dixie Highway
Boca Raton, FL 33431-7614


East Bay Group
631 US Highway 1
Suite 400
North Palm Beach, FL 33408


Equestrian Services
233 Douglas Ave.
Charlottesville, VA 22902


FPL Deposit Administration
POB 025209
Miami, FL 33102-5209
```

```
Gardener Appraisal Services, Inc.
3380 Fairlane Farms Road
Suite 8
West Palm Beach, FL 33414


Genapure Corporation Company
3231 N.W.7th Avenue
Boca Raton, FL 33431


H & J Contracting, Inc.
3160 Fairlane Farms Road
West Palm Beach, FL 33414


H & J Contracting, Inc.
3160 Fairlane Farms Road
Wellington, FL 33414-8775


Hunt & Gross, PA
2200 NW Corporate Blvd.
Suite 401
Boca Raton, FL 33431


Internal Revenue Service
Attn:  Insolvency
7850 SW 6th Court
Plantation, FL 33324


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


Jenkins Realty
5730 Corporate Way
Suite 120
West Palm Beach, FL 33407


Lake And Wetland Management, Inc.
9218  87 Pl  S.
Boynton Beach, FL 33472-4302


Lucido & Associates
701 S.E. Ocean Blvd.
Stuart, FL 34994
```

```
Lucido & Associates
701 East Ocean blvd
Stuart, FL 34994


Marcum Rachlin
777 South Flagler Drive
Suite 150
West Palm Beach, FL 33401


Mausen Consulting LLC
5079 N. Dixie Hwy
Suite 323
Fort Lauderdale, FL 33334


MDG Advertising
3500 NW Boca Raton Blvd
Suite 601
Boca Raton, FL 33431


North County Properties
19510 US 1 North
Jupiter, FL 33469


Nutting Engineers
1310 Neptune Drive
Boynton Beach, FL 33426


O'Dell, Inc. Land Development
3500 Fairlane Farms Road
Suite 4
West Palm Beach, FL 33414


Palm Beach County Tax Collector
301 North Olive Ave.
P.O. Box 3715
West Palm Beach, FL 33402


Phelps Media Group International
12230 Forest Hill Blvd.
Suite 214
West Palm Beach, FL 33414


Phipps & Howell
P.O. Box 1351
Tallahassee, FL 32302
```

Rollie Gordon  
5360 Oldsmobile Drive  
Lake Worth, FL 33463

Sachs & Sax  
6111 Broken Sound Parkway NW  
Suite 200  
Boca Raton, FL 33487

Simmons and White  
5601 Corporate Way  
Suite 200  
West Palm Beach, FL 33407

Smith & Moore Architects  
150 South Olive Ave  
West Palm Beach, FL 33401

Todd's Landscaping  
13785 62nd Ct N  
West Palm Beach, FL 33412

Transmedia Public Relations  
240 West Palmetto Park Rd  
Suite 300  
Boca Raton, FL 33432

Unit Structures, LLC  
2070 Buffalo Hwy  
Suite 1C  
Buford, GA 30518

Universal Engineering Services  
1818 7th Avenue North  
Unit 1  
Lake Worth, FL 33461

Village of Wellington  
12794 W. Forest Hill Blvd  
Suite 23  
West Palm Beach, FL 33414

Village of Wellington Water Utility Dpt.  
12794 Forest Hill Blvd.  
Suite 23  
Wellington, FL 33414

```
William Scottsman- Lease
6100 N. Military Trail
West Palm Beach, FL 33407
```